UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ROBERT M. EVANS )
)
vs. ) Case No.  5:11-cv-08012-IPJ-HGD
)
UNITED STATES OF AMERICA )

## MEMORANDUM OPINION

On August 9, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  Petitioner filed objections to the report and recommendation on August 20, 2013.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence be denied, that the two Motions for Summary Judgment, the Motion for Evidentiary Hearing, the Motion Requesting the Court to Order the Government to Respond, and the Motion Request for Admission filed by petitioner be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 26th day of August 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE